# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

In re:

KEVIN TORTORELLA,

    Debtor.

Chapter 13
Case No. 17-11821-FJB

## NOTICE OF APPEARANCE

David B. Madoff of Madoff & Khoury LLP hereby appears on behalf of secured creditors Paul and Sue Linehan and requests notice of all pleadings filed in this case.

Respectfully submitted this 16th day of May, 2017.

    PAUL AND SUE LINEHAN

    By their attorneys,

    */s/ David B. Madoff*
    David B. Madoff (BBO#552968)
    MADOFF & KHOURY LLP
    124 Washington Street, Suite 202
    Foxborough, MA 02035
    (508) 543-0040
    madoff@mandkllp.com