# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:**<br><br>**KEVIN TORTORELLA,**<br><br>**DEBTOR** | **Chapter 13**<br>**Case No. 17-11821-FJB** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Santander Bank, N.A. in the captioned proceedings. Santander Bank, N.A. requests that its attorney be added to any service list in these proceedings and that, pursuant to MLBR 9010-3(c), that he receive copies of all notices and pleadings, including, without limitation, all notices pursuant to Bankruptcy Rules 2002, 9007 and 9010.

Respectfully submitted,

**SANTANDER BANK, N.A.**,
By its counsel,

/s/ Bertin C. Emmons
Bertin C. Emmons, BBO #154200
NH1-CB0-0410
125 Main Street
Salem, NH 03079
(603) 328-3064
bemmons@santander.us

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on the date appearing below, a copy of the foregoing was served electronically as provided in the Local Rules, and I caused copies of the foregoing pleading to be served upon the persons on the attached Service List (if any) by first class mail, postage pre-paid.

Dated: May 17, 2017                    /s/ Bertin C. Emmons