# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Kevin R. Tortorella, | Chapter 13 |
| Debtor | Case No. 17-11821-fjb |

## EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE ON REAL ESTATE, VEHICLES & BUSINESS ASSETS

Now comes the Debtor herein and files the attached documentation (9 additional pages, excluding the certificate of service) to evidence proper insurance coverage for his real estate, his vehicle and his business assets:

1. Coverage Binder for 4 Foxhill Road, Foxboro (**Exhibit A**) (2 pgs) (secured party listed on pg.2) (Exp: 5/23/2018)

2. Insurance binder for 1994 GMC Food Truck (**Exhibit B**) (2 pgs) (secured party listed on pg. 2) (Exp: 3/7/2018)

3. Business Owners policy for certain business assets currently located at 403 Boston Providence Tpke, Norwood (**Exhibit C**) (5 pgs) (Secured party listed on page 4) (Exp: 11/11/2017)

Respectfully submitted,
Kevin R. Tortorella,
By his attorney,

Date: May 31, 2017

*/s/ Stephen M. Kaplan*
Stephen M. Kaplan (BBO# 259220)
175 Highland Ave. – Suite 408
Needham, MA  02494
ph: (781)248-6407  fax: (888)380-9457
Email: kaplanlawworks@aol.com
c:/tortorella/ch13/pleadings/evidence of insurance

Ch. 13, Case No. 17-11821-fjb

# CERTIFICATE OF SERVICE

I, Stephen M. Kaplan, hereby certify that on May 31, 2017 I electronically filed with the Clerk of the Bankruptcy Court the attached:

1. **EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE ON REAL ESTATE, VEHICLES & BUSINESS ASSETS**

and, I served a copy of same upon the interested parties[1] in the following manner:

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Carolyn Bankowski-13   13trustee@ch13boston.com
- Bertin C. Emmons   bemmons@santander.us
- John Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV
- David B. Madoff   madoff@mandkllp.com, alston@mandkllp.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

(No manual recipients)

/s/ *Stephen M Kaplan*
Stephen M. Kaplan (BBO#259220)
c:/tortorella/ch13/pleadings/evidence of insurance

---

[1] This list was updated immediately prior to filing this pleading.



HOMEOWNERS                          HP  3069151-03- E

## BAY STATE INSURANCE COMPANY
ANDOVER, MASSACHUSETTS 01810

PART B DECLARATIONS PAGE
20170331-99:02:40:67

RENEWAL DECLARATION * * EFFECTIVE 05/23/17

RENEWAL OF POLICY HP   3069151

| POLICY NUMBER | POLICY PERIOD FROM | TO | AGENT NO | AGENT |
|---|---|---|---|---|
| HP  3069151 | 05/23/17 | 05/23/18 | 0006487 | TELEPHONE: (508) 543-3131 |

**NAMED INSURED AND ADDRESS**

KEVIN TORTORELLA
& ERIN TORTORELLA
4 FOXHILL RD
FOXBORO MA   02035-2003

THE LOVELY INS AGENCY LTD
6 RAILROAD AVE
P O BOX 374
FOXBORO MA  02035-0374

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

POLICY PERIOD- 12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES.

**RATING INFORMATION:**
AUTOMATIC VALUE-UP AT RENEWAL, FRAME, CONSTRUCTED IN 1947,
PROTECTION CLASS 04, TERRITORY 31, FEET FROM HYDRANT 1000, 1 FAMILY,
PREMIUM GROUP 16, INSIDE CITY.

**DEDUCTIBLE:** IN CASE OF A LOSS UNDER SECTION I, WE COVER ONLY THAT PART
OF THE LOSS OVER $ 1000

COVERAGE AT THE ABOVE DESCRIBED LOCATION IS PROVIDED ONLY WHERE A LIMIT OF LIABILITY IS SHOWN OR A PREMIUM IS STATED

| SECTION I COVERAGE | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| A. DWELLING | $266,000 | $624.00 |
| B. OTHER STRUCTURES | $26,600 | |
| C. PERSONAL PROPERTY | $186,200 | |
| D. LOSS OF USE | $53,200 | |
| **SECTION II COVERAGE** | | |
| E. PERSONAL LIABILITY | $500,000 | |
| F. MEDICAL PAYMENTS TO OTHERS | $1,000 | $23.00 |
| TOTAL BASIC PREMIUM | | $647.00 |

SUPPLEMENTAL PREMIUM OR CREDITS
| | |
|---|---|
| GUARANTEED REPLACEMENT OR REPAIR COST,H116, COVERAGE-A ONLY | $30.00 |
| PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT, HO 04 90 | NO CHARGE |
| SPECIAL PERSONAL PROPERTY COVERAGE, HO 00 15 | NO CHARGE |
| BUILDING ORDINANCE OR LAW COVERAGE, HO 04 77 | NO CHARGE |
| NON-SMOKER'S ENDORSEMENT, H-122 | $31.00CR |
| TOTAL SUPPLEMENTAL PREMIUMS - - - - - - - - - - - - | $1.00CR |
| TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - - | $646.00 |

CONTINUED ON NEXT PAGE

PLEASE  NOTE :
ALL POLICY CHANGES SHOULD BE PROCESSED THROUGH YOUR AGENT.

ORIGINAL

HOMEOWNERS                                                              HP  3069151-03- E

## BAY STATE INSURANCE COMPANY
ANDOVER, MASSACHUSETTS 01810

PART B DECLARATIONS PAGE

RENEWAL DECLARATION * * EFFECTIVE 05/23/17

RENEWAL OF POLICY HP  3069151

| POLICY NUMBER | POLICY PERIOD FROM | TO | AGENT NO | AGENT |
|---|---|---|---|---|
| HP  3069151 | 05/23/17 | 05/23/18 | 0006487 | TELEPHONE: (508) 543-3131 |

**NAMED INSURED AND ADDRESS**

KEVIN TORTORELLA
& ERIN TORTORELLA
4 FOXHILL RD
FOXBORO MA    02035-2003

THE LOVELY INS AGENCY LTD
6 RAILROAD AVE
P O BOX 374
FOXBORO MA  02035-0374

```
MORTGAGEE
  LAKEVIEW C/O LOANCARE LLC
  ISAOA ATIMA OLN #1451716250
  PO BOX 202049
  FLORENCE SC                          29502

FORMS AND ENDORSEMENTS - H00003 04/91, H00120 10/99, H00496 04/91, HF-154 06/95,
   --149 10/96, H02441 11/94, H00523 07/97, H00433A 04/10, HF-945 05/02,
   HF-153 06/14*, HF990MA 06/10, ILP001 01/04, HOP063 10/15, H00015 04/91,
   H-116MA 03/08, H-122 01/84, H00477 06/94, H00490 04/91.
```

                                      _____      04/01/17
                                       AUTHORIZED SIGNATURE         DATE

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
****************************************************************************

DESCRIPTION OF ADDITIONAL COVERAGES

  LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
    TOTAL SECTION I LIMIT IS $ 10000, TOTAL SECTION II LIMIT IS $ 50000.

  SPECIAL PERSONAL PROPERTY COVERAGE

  GUARANTEED REPLACEMENT OR REPAIR COST, COVERAGE-A ONLY

  NON-SMOKER'S ENDORSEMENT

  ORDINANCE OR LAW INCREASED AMOUNT OF COVERAGE
    TOTAL PERCENTAGE IS 100.

  PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

AND-22 (05/13)

ORIGINAL

**DECLARATIONS - MASSACHUSETTS BUSINESS AUTO COVERAGE FORM**

**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**

03/26/2017

This Policy is Issued By:
DEDHAM, MASS 02026

Renewal of Number
No. BA 91561848A

**AMENDED DECLARATIONS**
As of: 03/07/17

[X] The Declarations include a second part designated Part 2

**ITEM ONE**  NAME INSURED & ADDRESS
KEVIN TORTORELLA DBA GLOBAL FOOD TRUCK
4 FOXHILL RD
FOXBORO MA 02035-2003

FORM OF NAMED INSURED'S BUSINESS:
[X] CORPORATION;  [ ] PARTNERSHIP;  [ ] INDIVIDUAL OR
[ ] OTHER;
NAME INSURED'S BUSINESS

POLICY PERIOD: Policy covers FROM  03/07/17  TO  03/07/18

12:01AM Standard Time at the Named Insured's Address stated above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
20482   COHEN-MILES INS AGCY, INC   (617) 489-1213

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides on those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| COMPULSORY BODILY INJURY | 7 | $ 20,000 EACH PERSON<br>$ 40,000 EACH ACCIDENT | $235.00 |
| PERSONAL INJURY PROTECTION | 7 | $ 8,000 EACH PERSON | $17.00 |
| **LIABILITY INSURANCE** | | | |
| OPTIONAL BODILY INJURY | 7 8 9 | $ 1,000,000 COMBINED SINGLE LIMIT | $613.00 |
| PROPERTY DAMAGE (COMPULSORY LIMIT $5,000) | 7 8 9 | $ 1,000,000 COMBINED SINGLE LIMIT | $408.00 |
| AUTO MEDICAL PAYMENTS | 7 | $ SEE SCHEDULE EACH PERSON | $6.00 |
| UNINSURED MOTORISTS (COMPULSORY LIMITS $20,000/40,000) | 7 | $ SEE SCHEDULE EACH PERSON<br>$ EACH ACCIDENT | $10.00 |
| UNDERINSURED MOTORISTS | 7 | $ SEE SCHEDULE EACH PERSON<br>$ EACH ACCIDENT | $347.00 |
| **PHYSICAL DAMAGE INSURANCE** | (Actual Cash Value or cost of repair, whichever is less minus the deductible for each Covered Auto) | | |
| COMPREHENSIVE COVERAGE | 7 | $ SEE SCHEDULE DEDUCTIBLE | $116.00 |
| COLLISION COVERAGE | 7 | $ SEE SCHEDULE DEDUCTIBLE | $292.00 |
| LIMITED COLLISION | | $ DEDUCTIBLE | |
| TOWING AND LABOR | | for each disablement | |
| SUBSTITUTE TRANSPORTATION | | UP TO $ A DAY, MAXIMUM $ | |

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION

CA 00 01 (10-13)   IL 00 17 (11-98)   CA 23 04 (10-13)   MM 99 13 (10-13)   MM 99 11 (10-13)   MM 99 28 (10-13)
MM 99 35 (04-11)   MM 99 17 (10-13)   MM 99 54 (10-13)   IL 00 21 (09-08)   CA 23 86 (10-13)   AP-2 (09-08)
CA 99 33 (10-13)

**CHANGE REASON:**
CORRECT NAMED INSD

| PREMIUM FOR ENDORSEMENTS | $100.00 |
|---|---|
| ESTIMATED TOTAL PREMIUM | $2,144.00 |
| THIS IS NOT A BILL | $0.00 |

DIRECT BILL   EDP 10 PAY

Countersigned: _____   By _____

MMVCAF (ED 6-96)   **INSURED COPY**   Authorized Representative

## DECLARATIONS - MASSACHUSETTS BUSINESS AUTO COVERAGE FORM (Continued)

Part 2

No. BA 91561848A  KEVIN TORTORELLA DBA GLOBAL FOOD TRUCK STRATEGIES

### ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION Year Model; Trade Name; Body Type; Serial number (S); Vehicle Identification Number (VIN) | | | PURCHASED Original Cost New | Class |
|---|---|---|---|---|---|
| 1 | 1994 | GMC | P3500  1GDJP32K2R3501365 | $40,000 | 211990 |
| 2 | | HIRED AUTO | | | 661900 |
| 3 | | NON-OWNED | | | 660100 |

| Covered Auto No. | TERRITORY Town & State Where the Covered Auto will be principally garaged Terr/Zone Code | | Radius of Operation (in miles) | Business Use S=Service R=Retail C=Commercial | CLASSIFICATION Size GVW, GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Damage | Secondary Rating Factor | Code Pre-Insp Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 716-18 | NORWOOD | LOCAL | S | M | | | | | |
| 2 | 716-18 | NORWOOD | | | | | | | | |
| 3 | 716-18 | NORWOOD | | | | | | | | |

| Covered Auto No. | Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss | | | | |
|---|---|---|---|---|---|
| 1 | Paul Linehan | 3 Apple Lane | SHARON | MA | 02067 |
| 2 | | | | | |
| 3 | | | | | |

### COVERAGES _ PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | Compulsory Bodily Injury $20,000 ea pers. $40,000 ea acc. Premium | Personal Injury Protection $8,000 ea per Premium | LIABILITY Optional Bodily Injury *Limits | LIABILITY Optional Bodily Injury Premium | LIABILITY Property Damage (Compulsory Limit $5,000) *Limits | LIABILITY Property Damage Premium | Auto Medical Payments *Limits | Auto Medical Payments Premium | Uninsured Motorists (Compulsory Limit) $20,000 ea pers. $40,000 ea acc.) *Limits | Uninsured Motorists Premium | Underinsured Motorists *Limits | Underinsured Motorists Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $235 | $17 | 1000 / CSL | $517 | CSL | $398 | 5 | $6 | 1000 / | $10 | 1000 / 1000 | $347 |
| 2 | | | 1000 / CSL | $48 | CSL | $5 | | | | | | |
| 3 | | | 1000 / CSL | $48 | CSL | $5 | | | | | | |

| Covered Auto No. | **LIMIT OF LIABILITY | ***SPECIFIED CAUSE OF LOSS Cov. | ***SPECIFIED CAUSE OF LOSS Ded. | ***SPECIFIED CAUSE OF LOSS Premium | COMPREHENSIVE Ded. | COMPREHENSIVE Premium | COLLISION Ded. | COLLISION Premium | LIMITED COLLISION Ded. | LIMITED COLLISION Premium | Waiver of Deductible | Towing & Labor | Substitute Transportation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACV | | | | 1000 | $116 | 1000 | $292 | | | YES | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |

\* Limit(s) in thousands  
\*\* Designate whether ACV, States Amount or Agreed Value and, except for ACV, the Limit of Liability  
\*\*\* F=Fire Coverage  T=Theft Coverage  F&T=Fire and Theft Coverage  CAC=Combined Additional Coverage

MMVCAF (ED 6-96)  **INSURED COPY**  Page 2 of 2



**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**
**ComPak® BUSINESSOWNERS POLICY**
**AMENDED DECLARATIONS**

POLICY #: R1542005A
CHANGE(S): MISCELLANEOUS MISC. CHANGES                    EFF DATE: 03/22/17

### A. POLICYHOLDER AND AGENT INFO

Insured: GLOBAL FOOD TRUCK STRATEGIES        Agent: COHEN-MILES INS AGCY, INC
4 FOXHILL RD                                  Phone: (617)489-1213
KEVIN TORTORELLA                              Agent #: 20482
FOXBORO, MA 02035-2003

Business Form: CORPORATION                    Policy Period: 1 YEAR
Business Description: FOOD TRUCK + RESTARAUNT +  From: 11/11/16    To: 11/11/17
COMMISSARY

Coverage begins at 12:01 A.M. Eastern Standard Time.
Payment Plan: DIRECT BILL - EDP 10 PAY

### B. POLICY PREMIUM

| Annual Premium | Subject To Audit | State Taxes or Fees | Prior Annual Premium | Additional/Return Premium |
|---|---|---|---|---|
| $ 4,708 | ☑ Yes ☐ No | | $ 4,708 | $ 0 |

### C. BUILDING AND BUSINESS PERSONAL PROPERTY COVERAGES AND LIMITS

LOCATION 1, BUILDING 1:    403 BOSTON PROVIDENCE TPKE, NORWOOD, MA 02062

| | | Limit(s) | Premium |
|---|---|---|---|
| Building | ACV Option: No | $ | $ |
| Business Personal Property | | $ 233,000 | $ 3,014 |
| Mortgage Holder | None | | |

### D. LOCATION COVERAGES AND LIMITS

LOCATION 1:        403 BOSTON PROVIDENCE TPKE, NORWOOD, MA 02062

| | | Limit(s) | Premium |
|---|---|---|---|
| Outdoor Property | | $ 25,000 | $ Included |
| Outdoor Signs | | $ 25,000 | $ Included |
| Money & Securities | On Premises/Off Premises | $ 15,000/15,000 | $ Included |

### E. POLICY INFO

| Policy Deductible | Applicable to Section I - Property | $ 500 |
|---|---|---|
| Optional Coverage Deductible | | $ 500 |
| Building Coverage Limit | Automatic Increase | 2% |

BOP -1 (09 12)                Insured Copy              Issue Date:   03/25/17
                              Page 1 of 4



**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**
**ComPak® BUSINESSOWNERS POLICY**
**AMENDED DECLARATIONS**

POLICY #:    R1542005A

### F. POLICY COVERAGES AND LIMITS

SECTION I - PROPERTY

| | | Limit(s) | Premium |
|---|---|---|---|
| Accounts Receivable | On Premises/Off Premises | $ 100,000/5,000 | $ Included |
| Valuable Papers | On Premises/Off Premises | $ 100,000/5,000 | $ Included |
| Employee Dishonesty | | $ 25,000 | $ Included |
| Forgery & Alteration | | $ 25,000 | $ Included |

SECTION II - LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to **Section II - Liability** in the Businessowners Coverage Form and any attached endorsements.

| | | Limit(s) | Premium |
|---|---|---|---|
| Liability and Medical Expenses | Per Occurrence | $ 1,000,000 | $ 1,356 |
| Medical Expenses | Per Person | $ 5,000 | $ Included |
| Damage To Premises Rented to You | Any One Premises | $ 50,000 | $ Included |
| General Aggregate | | $ 2,000,000 | $ Included |
| Products/Completed Operations Aggregate | | $ 2,000,000 | $ Included |



**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**
**ComPak® BUSINESSOWNERS POLICY**
**AMENDED DECLARATIONS**

POLICY #:   R1542005A

## G. ENDORSEMENTS

**POLICY ENDORSEMENTS**

| Form # | Date | Description | Limit(s) | Premium |
|---|---|---|---|---|
| BP 00 03 | 01 10 | Businessowners Coverage Form | | $ Included |
| BP 01 08 | 03 11 | Massachusetts Changes | | $ Included |
| BP 02 06 | 09 12 | ComPak® Enhanced Coverage Endorsement | | $ Included |
| BP 02 09 | 09 12 | Personal Property Off Premises | $ 25,000 | $ Included |
| BP 02 10 | 09 12 | Policy Amendment (Blank Endorsement) | | $ Included |
| BP 02 13 | 09 12 | Tobacco Limitation Endorsement | | $ Included |
| BP 02 15 | 11 14 | ComPak® Plus Enhanced Coverage Endorsement | | $ 120 |
| BP 02 17 | 09 12 | Equipment Breakdown Enhancement Endorsement | | $ Included |
| BP 02 27 | 09 12 | Two Or More Policies Issued By Us | | $ Included |
| BP 02 29 | 09 12 | Exclusion - Delivery Using Non-Owned Autos | | $ Included |
| BP 02 34 | 09 12 | Employment-Related Practices, Policies, Acts Or Omissions Exclusion | | $ -14 |
| BP 04 04 | 01 10 | Hired Auto And Non-Owned Auto Liability<br>Hired Auto Liability: Included<br>Non-Owned Auto Liability: Included | | $ 112 |
| BP 04 19 | 01 06 | Amendment - Liquor Liability Exclusion - Exception For Scheduled Activities<br>Description Of Activity(ies): None | | $ Included |
| BP 05 15 | 01 15 | Disclosure Pursuant To Terrorism Risk Insurance Act | | $ Included |
| BP 05 26 | 01 15 | Exclusion Of Certified Acts Of Terrorism Involving Nuclear, Biological, Chemical Or Radiological Terrorism; Cap On Covered Certified Acts Losses | | $ Included |
| BP 05 42 | 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism | | $ Included |
| BP 05 77 | 01 06 | Fungi Or Bacteria Exclusion (Liability) | | $ Included |
| BP 06 98 | 01 10 | Massachusetts - Fungi, Wet Rot Or Dry Rot Exclusion And Limitations | | $ Included |



**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**
**ComPak® BUSINESSOWNERS POLICY**
**AMENDED DECLARATIONS**

POLICY #:    R1542005A

## LOCATION ENDORSEMENTS

LOCATION 1:   403 BOSTON PROVIDENCE TPKE, NORWOOD, MA 02062

Endorsement Applicable Per Location(s)

| Form # | Date | Description | Limit(s) | Premium |
|---|---|---|---|---|
| BP 02 63 | 09 12 | Restaurants | | $ 120 |
| | | Food Contamination Limit: | $ 10,000 | |
| | | Addl Advertising Exp Limit: | $ 3,000 | |
| | | Spoilage Limit: | $ 10,000 | |

Endorsement Applicable To Specific Building(s)

BUILDING 1:   403 BOSTON PROVIDENCE TPKE, NORWOOD, MA 02062

| Form # | Date | Description | Limit(s) | Premium |
|---|---|---|---|---|
| BP 12 03 | 01 10 | Loss Payable Clauses | | $ Included |
| | | #1 PAUL LINEHAN | | |
| | | 3 APPLE LANE | | |
| | | SHARON, MA 02067 | | |
| | | Applicable Clause: Loss Payable(A) | | |
| | | Property: BUSINESS EQUIPMENT | | |

In case of fire notify the company or its local agent at once in writing.

This declarations page together with the policy jacket, the policy form and any endorsements, completes this policy.

BOP -1 (09 12)    Insured Copy    Issue Date:    03/25/17
Page 4 of 4



**NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**
**ComPak® BUSINESSOWNERS POLICY**
**ADDITIONAL POLICY INFORMATION**

POLICY #:    R1542005A

BP 02 10

FULL NAMED INSURED: KEVIN TORTORELLA AND GLOBAL FOOD TRUCK STRATEGIES

03/25/17