## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Kevin R. Tortorella,<br><br>           **Debtor** | Chapter 13<br><br>Case No. 17-11821-fjb |

## ORDER GRANTING
## DEBTOR'S MOTION TO EXTEND THE STAY
## PURSUANT TO 11 U.S.C. §362(c)(3)

This matter having come before this Court on the Debtor's Motion to Extend the Stay Pursuant to 11 U.S.C. §362(c)(3) (the "Motion"), and after full consideration and opportunity for a hearing therefore, it being determined by the Court that it has been presented with clear and convincing evidence, by affidavit and otherwise, to substantiate the Debtor's position that the current case was commenced in good faith, notwithstanding the fact that it is the second case filed within a 12 month period, thereby rebutting the presumption created by 11 U.S.C. §362(c)(3)(C), and there otherwise being good cause therefore, it is hereby:

**ORDERED**, that the Motion To Extend The Stay is **ALLOWED**; and it is further

**ORDERED**, that the automatic stay granted under 11 U.S.C. §362(a) shall continue in this case until further order of this Court or until it expires by operation of law, effective as to all creditors.

**BY THE COURT,**

Dated: _____                _____
                                     (Bailey, J.)
                                     United States Bankruptcy Court