UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Kevin R. Tortorella  **Case/AP Number** 17-11821 **-FJB**
**Chapter** 13

Evidentiary Hearing:
#16 Expedited Motion filed by Debtor Kevin R. Tortorella to Extend Automatic Stay Pursuant to 11 U.S.C. 362 C 3 with Affidavit of the Debtor and certificate of service. (Kaplan, Stephen)
#17 Certificate of Conference held on 6/8/2017 Statement attesting to the efforts made to initiate the conference filed by Debtor Kevin R. Tortorella. (Kaplan, Stephen)
#18 Exhibit: Proposed Order filed by Debtor Kevin R. Tortorella. (Kaplan, Stephen)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Evidentiary hearing held. Upon consideration of the motion, affidavit of the Debtor, the Debtor Kevin R. Tortorella being present at this hearing and available for cross examination if necessary, the undertakings of counsel, no objections having been filed and proper service of the motion and notice of the hearing having been given, the Court finds that the Debtors have rebutted the presumption that this case was not filed in good faith. The motion is allowed as to all creditors.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 06/13/2017
Frank J. Bailey
United States Bankruptcy Judge