UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 13
CASE NO. 17-11821

|  |  |  |
|---|---|---|
| In Re:<br>KEVIN R. TORTORELLA,<br>　　Debtor | )<br>)<br>)<br>)<br>)<br>) | **JOINT MOTION TO APPROVE STIPULATION, AGREEMENT AND ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

NOW COME, pursuant to Federal Rules of Bankruptcy Procedure 4001(d) and Massachusetts Local Rules of Bankruptcy Procedure 9019-1(d), creditor Bezema Motors Corp. ("Creditor") and Debtor Kevin R. Tortorella ("Debtor") (collectively referred to as the "Parties") hereby move this Court for an order approving the Stipulation and Agreement for Relief from Automatic Stay[1] (the "Stipulation").  In support of their motion, the Parties state as follows:

  1.  On May 16, 2017, Debtor commenced his case by the filing a Chapter 13 Voluntary Petition Individual with deficiencies under Chapter 13 of the United States Bankruptcy Code (the "Bankruptcy") [See, Docket No. 1].

  2.  On July 12, 2017, Creditor filed its Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §§ 362 (b)(10) and (d)(1) ("Creditor's Motion for Relief from Stay") so the Creditor could obtain the ability to proceed with eviction of the Debtor and to enter the leased property which is a portion of the premises known and numbered as 401 Boston-Providence Turnpike, Norwood, Massachusetts 02062 (the "Property") [See, Docket No. 45].

  3.  On July 21, 2017, Debtor filed its Opposition to Creditor's Motion for Relief from Stay. [See, Docket No. 51].

---

[1] Agreement attached hereto and marked Exhibit "A"

08/23/2017. Pending resolution of this motion, the hearing on the motion for relief from stay scheduled for August 24, 2017 is hereby canceled.