**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Kevin R. Tortorella

**Case/AP Number** 17-11821 **-FJB**
**Chapter** 13

#40 Trustee's Objection to Confirmation of Plan

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved      _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the Debtor's response, the Trustee's Objection is sustained.  The Debtor is
directed to file and serve on all creditors and interested parties an amended plan and motion
to approve the same and to file a certificate of such service, all on or before September 29,
2017, failing which this case will be dismissed without further process.

IT IS SO ORDERED:

_Frank J Bailey_

_____        Dated: 08/29/2017
Frank J. Bailey
United States Bankruptcy Judge