UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Kevin R. Tortorella

**Case/AP Number** 17-11821 **-FJB**
**Chapter** 13

#61 Joint Motion filed by Creditor Bezema Motors Corp. to Approve [Re: [60] Stipulation] with certificate of service. (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Certificate of Service) (McNulty, James)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed, the stipulation is hereby approved.

IT IS SO ORDERED:

_____ Dated: 09/08/2017
Frank J. Bailey
United States Bankruptcy Judge